**Johnnie PEETE, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. 59730.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 15, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 18, 1991.

Application to Transfer Denied
Jan. 28, 1992.

Ellen A. Blau, David C. Hemingway, St. Louis, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant, Johnnie Peete, appeals the dismissal of his Rule 24.035 motion without an evidentiary hearing. We have reviewed the record below and the briefs of the parties and find that the findings and conclusions of the motion court are not clearly erroneous. As we also find that there would be no jurisprudential purpose served by a full opinion, we affirm the dismissal of appellant's Rule 24.035 motion pursuant to Rule 84.16(b). A memorandum has been provided to the parties, solely for their own use, explaining the reasons for our holding.